## Commonwealth *v.* Shindler, Appellant.

Submitted December 6, 1971. *Thomas S. McCready,* Public Defender, for appellant; *John Deutsch,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended petition.

WRIGHT, P. J., dissents.